WILMOT L. MOREHOUSE, Respondent, *v.* THE BROOKLYN
HEIGHTS RAILROAD COMPANY, Appellant.

Reported below, 123 App. Div. 680
(Argued February 17, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose an attorney's lien.

The motion was made upon the ground that under the provisions of section 191 of the Code of Civil Procedure the appeal was unauthorized.

*Wilmot L. Morehouse* for motion.

*A. M. Williams* opposed.

Motion denied, with ten dollars costs.

---

EUGENE C. GILROY, as Receiver of the COLUMBIA PUBLISHING
COMPANY, Appellant, *v.* EVERSON-HICKOK COMPANY et al.,
Respondents.

(Submitted February 17, 1908; decided February 25, 1998.)

Motion for re-argument denied, with ten dollars costs. (See
190 N. Y. 551.)

---

RICHARD DEEVES & SON, Respondent, *v.* THE MANHATTAN
LIFE INSURANCE COMPANY, Appellant.

Reported below, 122 App. Div. 888.
(Submitted February 17, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court

in an action to recover a balance alleged to be due on a building contract.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to review the judgment appealed from, it being an unanimous affirmance of a judgment in an action for services.

*John Frankenheimer* for motion.

*Edward S. Rapallo* and *A. Chalmers Charles* opposed.

Motion denied, with ten dollars costs.